UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| **PLAINTIFFS,** | ) | **MDL No.: 2873** |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **Civil Action No.:** |
| v. | ) | |
| | ) | |
| **3M COMPANY** f/k/a Minnesota Mining and Manufacturing Company; **AGC CHEMICALS AMERICAS INC.**; **AMEREX CORPORATION**; **ARKEMA INC.**; **ARCHROMA U.S. INC.**; **BASF CORPORATION**; **BUCKEYE FIRE EQUIPMENT COMPANY**; **CARRIER GLOBAL CORPORATION**; **CHEMDESIGN PRODUCTS, INC**; **CHEMGUARD, INC.**; **CLARIANT CORPORATION**; **CORTEVA, INC.**; **DEEPWATER CHEMICALS, INC.**; **DUPONT DE NEMOURS INC.,** f/k/a DOWDUPONT, INC.; **DYNAX CORPORATION**; **E.I. DUPONT DE NEMOURS AND COMPANY,** individually and as successor in interest to DuPont Chemical Solutions Enterprise; **NATIONAL FOAM, INC.**; **THE CHEMOURS COMPANY,** individually and as successor in interest to DuPont Chemical Solutions Enterprise; **THE CHEMOURS COMPANY FC, LLC,** individually and as successor in interest to DuPont Chemical Solutions Enterprise; **TYCO FIRE PRODUCTS L.P.**; **UTC FIRE & SECURITY AMERICAS CORPORATION, INC.,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Master Docket No.: 2:18-mn-2873**<br><br>**JUDGE RICHARD GERGEL**<br><br>**DIRECT FILED SHORT FORM COMPLAINT AND JURY DEMAND PURSUANT TO CASE MANAGEMENT ORDER NO. 35** |
| Defendants. | ) ) ) | |

## Plaintiffs

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| Defendant 1 | 3M Company f/k/a Minnesota Mining and Manufacturing Company |
| Defendant 2 | AGC Chemicals Americas Inc. |
| Defendant 3 | Amerex Corporation |
| Defendant 4 | Arkema, Inc. |
| Defendant 5 | Archroma U.S., Inc. |
| Defendant 6 | BASF Corporation |
| Defendant 7 | Carrier Global Corporation |
| Defendant 8 | ChemDesign Products, Inc. |
| Defendant 9 | ChemGuard, Inc. |
| Defendant 10 | Clariant Corporation |
| Defendant 11 | Corteva, Inc. |
| Defendant 12 | DeepWater Chemicals, Inc. |
| Defendant 13 | DuPont De Nemours, Inc., f/k/a DowDuPont, Inc. |
| Defendant 14 | Dynax Corporation |
| Defendant 15 | E.I. DuPont De Nemours and Company, individually and as successor in interest to Dupont Chemical Solutions Enterprise |

| Defendant 16 | National Foam, Inc. |
|---|---|
| Defendant 17 | The Chemours Company, individually and as successor in interest to Dupont Chemical Solutions Enterprise |
| Defendant 18 | The Chemours Company FC, LLC, individually and successor in interest to DuPont Chemicals Solutions Enterprise |
| Defendant 19 | Tyco Fire Products, LP |
| Defendant 20 | UTC Fire & Security Americas Corporation, Inc. |
| Defendant 21 | |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction base on:

    a. __ Diversity

    b. ___ Federal Question

    c. _X_ The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

    d. ___ Other: _____

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have otherwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

    a. Direct exposure to AFFF (i.e. use of handling of AFFF); and/or

    b. Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

    c. Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

**Plaintiff's Alleged Injuries**

7. Plaintiffs allege one or more of the following personal injuries as described in Exhibit A:

   a. Kidney Cancer

   b. Testicular Cancer

   c. Thyroid Disease

   d. Ulcerative Colitis

   e. Liver Cancer

   f. Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequala attributable to the injuries alleged above.

**Causes of Action**

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

   Count I – Defective Design

   Count II – Failure to Warn

   Count III – Negligence

   Count IV – Negligence Per Se

   Count V – Trespass and Battery

   Count VI – Strict Product Liability

   Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability

   Count VIII – Concealment, Misrepresentation, and Fraud

   Count IX – Conspiracy

   Count X – Wrongful Death

      Count XI – Loss of Consortium

      <u>Other Causes of Action:</u>

      Count XII – Negligent, Intentional, Reckless Infliction of Emotional Distress

### **Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Dated: September 2, 2025

Respectfully submitted,

Mark M. Abramowitz
Michael P. Trexler
**DiCELLO LEVITT LLP**
8160 Norton Parkway, Third Floor
Mentor, Ohio 44060
(440) 953-8888
mabramowitz@dicellolevitt.com
mtrexler@ dicellolevitt.com


*Counsel for Plaintiffs*

| # | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name) | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thryoid cancer) | Causes of Action (please indicate via Count number (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Aaron Birtton Ellington | 11/8/1975 | North Carolina | Eastern District of North Carolina | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 2 | Abel Rivera | 9/15/1963 | California | Central District of California | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 3 | Agnes Betrice Davis | 8/7/1971 | Florida | Middle District of Florida | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 4 | Albert Mobley | 3/5/1947 | North Carolina | Eastern District of North Carolina | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 5 | Alexander Houser | 8/13/1987 | California | Central District of California | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 6 | Alfred Carrizales | 10/27/1957 | Georgia | Middle District of Georgia | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 7 | Alicia Anthony | 3/24/1957 | Georgia | Middle District of Georgia | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 8 | Alicia Marie Jones | 2/2/1981 | North Carolina | Middle District of North Carolina | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 9 | Alphonzo Valdez Harrison | 6/20/1959 | California | Central District of California | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 10 | Alton Carroll | 10/24/1965 | Virginia | Eastern District of Virginia | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 11 | Alvaro Orlando Rodriguez | 4/23/1971 | Florida | Southern District of Florida | Yes | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 12 | Paola Tusa | | | | | | | | XI |
| 13 | Amos Vanhook | 3/13/1955 | Texas | Western District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 14 | Andrea Denise Shields | 2/5/1973 | Connecticut | District of Connecticut | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 15 | Andrew Flores | 8/21/1957 | Florida | Middle District of Florida | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 16 | MaryLynn Flores | | | | | | | | XI |
| 17 | Andrew Johnson | 6/29/1989 | California | Eastern District of California | Yes | No | No | Ulcerative Colitis; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 18 | Andrew N Vest | 10/4/1988 | Virginia | Western District of Virginia | Yes | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 19 | Amy Vest | | | | | | | | XI |
| 20 | Andrew Riley Morris | 4/6/1998 | Colorado | District of Colorado | No | Yes | No | Testicular Cancer; Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 21 | Andrew Thomas Olson | 4/20/1981 | Tennessee | Eastern District of Tennessee | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 22 | Anette Muriel Messinger | 9/25/1982 | Texas | Western District of Texas | Yes | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 23 | Angela Johanna Davenport | 7/29/1980 | Texas | Western District of Texas | Yes | Yes | No | Ulcerative Colitis; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 24 | Shaylin Davenport | | | | | | | | XI |
| 25 | Ann Marie Ermatinger | 8/16/1960 | Louisiana | Western District of Louisiana | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 26 | Annebelle Campbell | 8/9/2000 | Texas | Southern District of Texas | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 27 | Annika Lynn Pears | 4/27/1976 | Oregon | District of Oregon | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 28 | Scot Pears | | | | | | | | XI |
| 29 | Anthony Charles Foust | 9/26/1971 | Ohio | Northern District of Ohio | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 30 | Holly Jean Foust | | | | | | | | XI |
| 31 | Anthony Scott Hughes | 12/12/1977 | Alabama | Middle District of Alabama | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 32 | Armando David Vela | 6/5/1968 | Washington | Eastern District of Washington | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 33 | Tracy Vela | | | | | | | | XI |
| 34 | Barry Casteel | 9/8/1962 | Missouri | Eastern District of Missouri | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 35 | Bernedette McGuirre Brant | | | | | | | | XI |
| 36 | Beatrice Pauline Quintanilla | 2/10/1971 | Texas | Southern District of Texas | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 37 | Belinda T Bault | 2/12/1974 | Georgia | Northern District of Georgia | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 38 | Benjamin Burdette | 4/16/1962 | Tennessee | Eastern District of Tennessee | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 39 | Benjamin Powers Macklin | 7/31/1981 | Florida | Middle District of Florida | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 40 | Bennie Lee Carbajal | 10/3/1942 | Texas | Southern District of Texas | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 41 | Debra Carbajal | | | | | | | | XI |
| 42 | Bennie Welton Johnson | 8/20/1951 | Florida | Middle District of Florida | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 43 | Bernardo Garcia | 8/22/1957 | California | Central District of California | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 44 | Beverly Townsend | 2/7/1957 | Texas | Southern District of Texas | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 45 | Billy Loyd Cummings | 11/23/1979 | Oklahoma | Western District of Oklahoma | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 46 | Blake Christian Hughes | 10/23/1995 | Georgia | Northern District of Georgia | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 47 | Blake Daugherty | 9/3/1975 | Georgia | Middle District of Georgia | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 48 | Blanca Estela Mendez | 7/6/1973 | Texas | Southern District of Texas | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 49 | Bonnie Lynn Saul Moore | 5/14/1946 | Montana | District of Montana | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 50 | Bradley A. Osborn | 9/14/1987 | Colorado | District of Colorado | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| # | Name | DOB | State | District | | | Condition | | Codes |
|---|------|-----|-------|----------|---|---|-----------|---|-------|
| 51 | Bradley Andrew Trimble | 9/2/1964 | Kentucky | Western District of Kentucky | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 52 | Brent Anthony Rendino | 3/11/1974 | California | Eastern District of California | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 53 | Bret Simon | 9/2/1965 | Virginia | Eastern District of Virginia | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 54 | Brett Davis | 8/16/1958 | Florida | Middle District of Florida | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 55 | Brian Hayne | 3/5/1960 | Florida | Middle District of Florida | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 56 | Brian Lee Tempel | 8/5/1982 | Idaho | District of Idaho | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 57 | Brian Thompson | 11/7/1959 | Florida | Middle District of Florida | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 58 | Leslie Thompson | | | | | | | | XI |
| 59 | Brian Williams | 12/19/1955 | Washington | Western District of Washington | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 60 | Brian Wilson | 5/18/1968 | Georgia | Middle District of Georgia | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 61 | Elizabeth Wilson | | | | | | | | XI |
| 62 | Brianne Lee Harris | 11/29/1978 | Washington | Western District of Washington | No | Yes | No | Ulcerative Colitis; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 63 | Brittany Nicole Shober | 1/18/1989 | California | Northern District of California | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 64 | Bryan Trim | 10/14/1977 | Louisiana | Middle District of Louisiana | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 65 | Burnst Gonzales | 1/14/1967 | Tennessee | Middle District of Tennessee | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 66 | Byron Casper | 5/22/1980 | Louisiana | Western District of Louisiana | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 67 | Caesar Anthony Garza | 11/9/1945 | Texas | Northern District of Texas | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 68 | Caitlin Adriana McLemore | 3/28/1989 | Georgia | Middle District of Georgia | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 69 | Matthew McLemore | | | | | | | | XI |
| 70 | Cambra Alene Wohlfeil | 11/4/1994 | Washington | Western District of Washington | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 71 | Camille Rivers | 4/22/1961 | Texas | Eastern District of Texas | Yes | No | No | Ulcerative Colitis; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 72 | Vincent Marsiok | 6/9/1984 | Pennsylvania | Western District of Pennsylvania | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 73 | Virgil Dwayne Gardner | 8/30/1960 | Connecticut | District of Connecticut | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 74 | Virgis Cutler | 11/29/1952 | Texas | Western District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 75 | Vivian Adkins | 11/20/1956 | Texas | Eastern District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 76 | Walter Karrer Carothers | 4/29/1960 | Pennsylvania | Western District of Pennsylvania | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 77 | Willard Jenkins | 10/28/1948 | Pennsylvania | Middle District of Pennsylvania | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 78 | Robin Jenkins | | | | | | | | XI |
| 79 | William Alford | 9/28/1959 | Florida | Middle District of Florida | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 80 | William Andrews | 12/4/1984 | Mississippi | Northern District of Mississippi | Yes | No | No | Thyroid Cancer, Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 81 | William Baker Sr | 5/19/1946 | Texas | Northern District of Texas | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 82 | Shirley Loraine | | | | | | | | XI |
| 83 | William Benjamin Duffie | 3/28/1947 | Pennsylvania | Western District of Pennsylvania | Yes | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 84 | William Bradshaw | 12/7/1947 | Virginia | Western District of Virginia | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 85 | Joanne Bradshaw | | | | | | | | XI |
| 86 | William Bryant Henley | 12/9/1947 | Georgia | Middle District of Georgia | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 87 | Rebecca Shelton Henley | | | | | | | | XI |
| 88 | William Cooke | 9/11/1962 | Washington | Western District of Washington | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 89 | Mary Jane Cooke | | | | | | | | XI |
| 90 | William D'Haem | 6/30/1947 | Oregon | District of Oregon | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 91 | William Heil | 1/13/1958 | North Carolina | Western District of North Carolina | Yes | No | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 92 | William John Casey | 12/7/1967 | Missouri | Eastern District of Missouri | Yes | No | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 93 | William Joseph Lane | 9/7/1973 | Pennsylvania | Middle District of Pennsylvania | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 94 | William Lindsay | 10/29/1960 | North Carolina | Western District of North Carolina | Yes | No | No | Thyroid Cancer, Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 95 | Suzanna Tully | | | | | | | | XI |
| 96 | William Manning | 4/15/1974 | California | Southern District of California | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 97 | Cassandra Manning | | | | | | | | XI |
| 98 | William Martin | 1/21/1947 | Maine | District of Maine | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 99 | William Mefford III | 9/1/1970 | Florida | Middle District of Florida | Yes | No | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 100 | Amy Mefford | | | | | | | | XI |
| 101 | William Moore | 4/11/1949 | North Carolina | Eastern District of North Carolina | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 102 | William Morales | 7/10/1962 | Florida | Northern District of Florida | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 103 | Lianne Le Blanc | | | | | | | | XI |
| 104 | William Oliver | 5/25/1948 | Illinois | Northern District of Illinois | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 105 | William Ott | 7/11/1969 | Texas | Western District of Texas | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 106 | William Paulin | 7/20/1990 | Pennsylvania | Middle District of Pennsylvania | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 107 | William Ricchiuti | 5/22/1958 | Pennsylvania | Eastern District of Pennsylvania | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 108 | Irene Ricchiuti | | | | | | | | XI |
| 109 | William Ronald Kepler | 9/29/1967 | Tennessee | Middle District of Tennessee | Yes | No | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| # | Name | DOB | State | District | | | Disease | Counts |
|---|---|---|---|---|---|---|---|---|
| 110 | Freda Leah North | | | | | | | XI |
| 111 | William White III | 12/6/1959 | Colorado | District of Colorado | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 112 | William Wurtenberg | 12/22/1951 | California | Northern District of California | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 113 | Willie Kenneth Robinson Jr | 10/30/1950 | Texas | Western District of Texas | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 114 | Willie Martin III | 9/22/1967 | Mississippi | Northern District of Mississippi | No | Yes | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 115 | Mellissa Martin | | | | | | | XI |
| 116 | Wyatt Dee | 1/18/1972 | Montana | District of Montana | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 117 | Kim Keene | | | | | | | XI |
| 118 | Xavier Thompson | 11/23/1978 | Illinois | Central District of Illinois | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 119 | Shawanna Robinson | | | | | | | XI |
| 120 | Xi Tran | 10/10/1971 | Connecticut | District of Connecticut | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 121 | Youlinda Jenkins | 3/4/1973 | Alabama | Middle District of Alabama | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 122 | Vanessa Bell | | | | | | | XI |
| 123 | Yvette Williams | 10/14/1965 | Tennessee | Western District of Tennessee | Yes | Yes | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 124 | Zachary Lynch | 8/13/1994 | Florida | Middle District of Florida | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 125 | Alyssa Lynch | | | | | | | XI |